IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | Criminal No. 3:19-cr-23 |
| ) | |
| RICHARD ADAM SCHREIBER ) | |

## ARRAIGNMENT PLEA

Defendant, <u>RICHARD ADAM SCHREIBER</u>,

being arraigned, pleads _____

in open Court this _____ day of

_____, 2019.


_____
(Defendant's Signature)


_____
(Attorney for Defendant)